Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-72563 GM | **Trustee:** (330310) Jeffrey D Richardson |
| **Case Name:** BRANDTVILLE SERVICE, INC. | **Filed (f) or Converted (c):** 01/11/12 (c) |
| | **§341(a) Meeting Date:** 03/08/12 |
| **Period Ending:** 09/30/21 | **Claims Bar Date:** 06/06/12 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1607 Morrissey Drive, Bloomington, IL | 2,590,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1603 Morrissey Drive, Bloomington, IL | 2,485,000.00 | 0.00 | | 0.00 | FA |
| 3 | 1605 Morrissey Drive, Bloomington, IL | 935,000.00 | 0.00 | | 0.00 | FA |
| 4 | 1611 Morrissey Drive, Bloomington, IL | 675,000.00 | 0.00 | | 0.00 | FA |
| 5 | 1601 Morrissey Drive, Bloomington,IL(1.34 acres) | 820,000.00 | 0.00 | | 0.00 | FA |
| 6 | 1601 Morrissey Dr.,Bloomington,IL(6.7 acre lot) | 718,000.00 | 0.00 | | 0.00 | FA |
| 7 | PNC Bank (checking) | 5.00 | 0.00 | | 0.00 | FA |
| 8 | Busey Bank (checking) | Unknown | 0.00 | | 0.00 | FA |
| 9 | Cornbelt Electric Corp-security deposit | Unknown | 0.00 | | 0.00 | FA |
| 10 | Ansay Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 100% stock of Jerry's Grille, LLC | 200,000.00 | 0.00 | | 0.00 | FA |
| 12 | Receivable owed by the Funny Bone | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Misc. gas station equipment | 100,000.00 | 0.00 | | 0.00 | FA |
| 14 | Misc. restaurant equipment | 100,000.00 | 0.00 | | 0.00 | FA |
| 15 | Back rent lawsuit  (u) | 0.00 | 50,000.00 | | 0.00 | FA |
| 16 | Corn Belt capital credit  (u) | 0.00 | 40,207.90 | | 126,231.77 | 9,768.23 |
| 16 | **Assets**    Totals  (Excluding unknown values) | **$8,623,005.00** | **$90,207.90** | | **$126,231.77** | **$9,768.23** |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72563 GM  
**Case Name:** BRANDTVILLE SERVICE, INC.  
**Period Ending:** 09/30/21

**Trustee:** (330310)   Jeffrey D Richardson  
**Filed (f) or Converted (c):** 01/11/12 (c)  
**§341(a) Meeting Date:** 03/08/12  
**Claims Bar Date:** 06/06/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

10th TIR: This is my 10th and likely final interim report. As my earlier reports indicated, this case has been kept open because of periodic distributions which have been made to me as Trustee from Corn Belt Energy. These paments have been made by way of past patronage distributions which are totally optional to Corn Belt Energy much like an agricultural co-op dividend is optional. Payment was received in 2013 for $40,207.90. A payment was received in 2015 for $28,096.70. A payment was received in 2017 for $22,297.19 and the last payment which I received was received September 30, 2019 for $35,629.98. I have confirmed that no payment will be made for the year 2021, and I am discussing with one of the claimants in this case whether it is willing to purchase the rights to these dividends. Otherwise, I will likely close the case.

1/5/15: Tel. call Bob Lenz to discuss closing case and applying to pay Bob something for his attorney's fees; tickler memo to the file. JDR
1/6/15: Tel. call Bob Lenz to discuss fee application. JDR
1/14/15: Review correspondence from Bob Lenz approving my proposed application to compensate him; file application. JDR
2/6/15: Prepare Order on Application to Pay Compensation to Attorney Robert Lenz. JDR
2/7/15: Prepare Order on Application for Compensation for Reimbursement of Attorney Expenses. JDR
2/24/15: To Springfield for hearing on proposal to pay Bob Lenz partial attorney's fees; application to pay Mr. Lenz was denied for the reasons set forth at the hearing; letter to Bob Lenz explaining the Court's ruling; partial travel time. JDR
8/19/15: Various calls re tip that Brandtville Service, Inc. has been issued a large check from Corn Belt Energy; calls back and forth to Corn Belt; request payment be stopped on check; letter to Amy at Corn Belt with bankruptcy notice. JDR
8/24/15: Memo to file re trace Corn Belt check. JDR
8/24/15: Legal research re: are patronages checks from a co-op an asset of the bankruptcy? LR
8/26/15: Finish legal research assignment on patronage checks from co-op as an asset of a bankruptcy, memo to Trustee. LR
10/24/15: Review file; prepare annual report. JDR
12/7/15: Further work on interim distribution; memo to staff. JDR
12/10/15: Letter to Roger Stone re taxes due on money received. JDR
12/12/15: Review response from Roger Stone that the tax return for 2015 will be necessary but will not result in taxes due to loss carry forward; respond to Roger's e-mail; review motion for interim distribution to reflect reduced "hold back" and submit same to trustee. JDR

Form 1          Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72563 GM  
**Case Name:** BRANDTVILLE SERVICE, INC.  
**Period Ending:** 09/30/21

**Trustee:** (330310) Jeffrey D Richardson  
**Filed (f) or Converted (c):** 01/11/12 (c)  
**§341(a) Meeting Date:** 03/08/12  
**Claims Bar Date:** 06/06/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Review file; calculate amount to withhold for interim distribution for taxes; letter to Roger Stone, CPA, re: taxes for 2015 on the Corn Belt Co-Operative check received. JDR

2/2/16: Review correspondence from Roger Stone and 2014 and 2015 federal and state income tax returns; also review request for prompt determination to the IRS and state; execute all returns and submit to IRS and state. JDR

10/22/16: Review file; draft annual report. JDR

1/26/17:  Review correspondence from Tara Folks at UST's office in Indianapolis re closing case; tel. call to Amy Lane at Corn Belt Energy in Bloomington; tel. call to Tara; follow up letter to Tara by e-mail thereafter.  JDR

8/17/17:  Draft Motion for Interim Distribution; retaining a balance fo approximately $2,000.00 in the account; prepare Notice of Interim Distribution.  JDR

10/15/18: Review file; prepare annual report. JDR

10/25/17: Review file; prepare 6th TIR. JDR

10/26/17: Review tax returns prepared by Roger Stone; draft application to pay Roger's fees for tax preparation. JDR

11/28/17:  Prepare Order on Motion to Pay Accountant.  JDR

6/28/19: Review file for records on co-op patronage distributions and make copies of all documents referring to same. LR

7/15/19:  Review status of file; letter to Nicholas Tinsman re: 2019 distribution; tickler memo to file.  JDR

10/12/19: Review file; prepare annual report; calculate and prepare motion for interim distribution and notice. JDR

12/20/19: Review correspondence from Tara re keeping the case open; go over and calculate payments received on the power company dividends on a bi-annual basis; long e-mail to Tara with the figures. JDR

10/11/20: Review file; prepare annual report. JDR

5/26/21: Run search for Corn Belt Energy to see if patronage to be paid this year, website does not currently state whether retired capital credits will be disbursed this year, printed out previous announcements dating back to 2015. LR

5/27/21: Draft letter to Tara @ UST re: status of case, keeping open to see if retired capital credit will be issued in 2021. LR

5/28/21: Email to Tara with attached letter. LR

10/11/21: Discussions with potential purchaser of last remaining asset; prepare annual report; tickler memo to file. JDR

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72563 GM  
**Case Name:** BRANDTVILLE SERVICE, INC.  

**Period Ending:** 09/30/21

**Trustee:** (330310) Jeffrey D Richardson  
**Filed (f) or Converted (c):** 01/11/12 (c)  
**§341(a) Meeting Date:** 03/08/12  
**Claims Bar Date:** 06/06/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** July 1, 2013  **Current Projected Date Of Final Report (TFR):** September 1, 2022